**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2244**

---

RAMACHANDRAN VARADARAJAN,

Plaintiff - Appellant,

versus

JUAN ANTONIO SAMARANCH; RICHARD PONND; JAMES
EASTON; ANITA MENEIDE; ETIENNE GLIECHITEN;
LEROY T. WALKER; WILLIAM PAYNE; ELS VAN BREDA
RRIESMAN; RANA VALAQUAZ; PETER PORRITT,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-96-1066-A)

---

Submitted: December 31, 1996       Decided: January 23, 1997

---

Before HALL, WILKINS, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ramachandran Varadarajan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his action alleging libel, slander, attempted murder, illegal immigration practices, and harassment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Varadarajan v. Samaranch</u>, No. CA-96-1066-A (E.D. Va. Aug. 7, 1996). We deny Appellant's Motion for Order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>